# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-1442 JGB (MRW) | Date | May 5, 2017 |
| Title | Smith v. City of Santa Monica, et al. | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

   1.   This is a civil rights action.  In February, the Court dismissed the complaint without prejudice for failure to plead facts sufficient to establish a cause of action under 42 U.S.C. § 1983.  In its dismissal order, the Court gave Plaintiff the option of amending her complaint by March 24 or voluntarily dismissing the action without further consequence. (Docket # 6.)

   2.   Plaintiff has not filed anything with the Court to date.  Therefore, Plaintiff is ordered to show cause why this matter should not be dismissed for failure to prosecute and obey Court orders.  Plaintiff's response to this order will be due by <u>May 19</u> and must be accompanied by Plaintiff's First Amended Complaint.  Alternatively, Plaintiff may submit a statement that she wishes to voluntarily dismiss the action.  After that, the Court will enter an appropriate order.

   **Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**